

```
            FILED          RECEIVED
       ___ ENTERED     ___ SERVED ON
                          COUNSEL/PARTIES OF RECORD

            FEB - 9 2012

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
       BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-365-JCM (PAL) |
| JONATHAN FRANCIS, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On August 25, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and 853(a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JONATHAN FRANCIS to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant JONATHAN FRANCIS pled guilty. Docket #16, #111, #112, #113.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 28, 2011, through September 26, 2011, notifying all third parties of their right to petition the Court. #132.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and 853(a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) $171,600 in United States Currency;

b) a 2008 Black Chevy Suburban bearing Nevada license plate, YODADY, VIN: 1GNFC16008R143172;

c) a Glock Model 23, .40 caliber semi-automatic handgun bearing serial number KFF109;

d) a Sig Sauer Model P229, .40 caliber semi-automatic handgun bearing serial number AG23046; and

e) any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE